```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602064501
Cashier ID: hseymore
Transaction Date: 08/31/2021
Payer Name: JOHNNY ADAMS LAW FIRM LLC
---------------------------------------
CIVIL FILING FEE- NON-PRISONER
 For: JOHNNY ADAMS LAW FIRM LLC
 Case/Party: D-ALM-2-21-CV-000573-001
 Amount:       $402.00
---------------------------------------
CHECK
 Check/Money Order Num: 1301
 Amt Tendered: $402.00
---------------------------------------
Total Due:     $402.00
Total Tendered: $402.00
Change Amt:    $0.00

 2:21-cv-00573
Scott v. Dunn et al
```