**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

ONE CHURCH STREET, ROOM B-110

MONTGOMERY, ALABAMA 36104

DEBRA P. HACKETT, CLERK                                                                    TELEPHONE (334) 954-3600

December 2, 2021

**NOTICE OF DEFICIENCY
REGARDING CORPORATE/
CONFLICT STATEMENT**

**To:  Corrections Officer Baskin, Corrections Officer Boyd, Jefferson S. Dunn, Gwendolyn Givens, Corrections Officer Hosley, Corrections Officer Hutton, Corrections Officer Jones, Warden Jones, Antonio McClain, Corrections Officer McCorvey, Thomas Moody, Corrections Officer Roseman, Corrections Officer Sharp, Classification Specialist, Quindon Turner, Corrections Officer Upshaw, Eloise Urquhart, Antonio Wallace, Larry White**

**From:  Clerk's Office**

**Case Style:      Scott v. Dunn et al**

**Case Number:          2:21-cv-00573-MHT-SRW**

**Notice is hereby given that pursuant to the Federal Rules of Civil Procedure 7.1 and this Court's General Order Miscellaneous Case No. 00-3047 parties are required to file their Corporate/Conflict Disclosure Statement at their initial appearance.**

<span style="color:red">**No corporate/conflict disclosure statement has been filed by you in this action.**</span>

**This deficiency must be corrected within ten (10) days from this date.  Please refer to attachment.**