IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| DARRYL ELTON SCOTT, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:21cv573-MHT |
| ) | (WO) |
| JEFFERSON DUNN, et al., ) | |
| ) | |
|    Defendants. ) | |

ORDER

This case is before the court on the first amended complaint (Doc. 46), which adds four defendants (who were named incorrectly or incompletely in the original complaint (Doc. 1)) and omits a number of defendants previously named in the original complaint.* The court concludes that plaintiff wishes to dismiss his claims against the defendants who are not named in the first amended complaint.

Accordingly, it is ORDERED that all claims brought against defendants Gwendolyn Givens, Corrections

---

* Both complaints contain a single count for violation of constitutional rights under 42 U.S.C. § 1983 against all defendants.

Officer Hosley, Corrections Officer Hutton, Corrections Officer Jones, Warden Jones, Corrections Officer McCorvey, Thomas Moody, Corrections Officer Roseman, Corrections Officer Sharp, Classification Specialist, Quindon Turner, Corrections Officer Upshaw, Eloise Urquhart, Antonio Wallace, Larry White, Corrections Officer Baskin, and Corrections Officer Boyd are dismissed without prejudice, and said defendants are terminated as parties to this action.

This case is not closed, and remains pending against defendants Jefferson S. Dunn, Antonio McClain, Terrell Holcey, Chermaine Baskin, Brandon Boyd, and Jacquelyn Urquhart.

DONE, this the 26th day of April, 2022.

                                      /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**