IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
DARRYL ELTON SCOTT,            )
                               )
     Plaintiff,                )
                               )      CIVIL ACTION NO.
     v.                        )        2:21cv573-MHT
                               )            (WO)
JEFFERSON S. DUNN, in his      )
official capacity as the       )
Commissioner of the            )
Alabama Department of          )
Corrections, et al.,           )
                               )
     Defendants.               )
```

**JUDGMENT**

In accordance with the opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court that:

(1) Defendants Chermaine Baskin, Brandon Boyd, Jefferson S. Dunn, Terrell Holcey, Antonio McClain, and Jacquelyn Urquhart's motion to dismiss (Doc. 54) is granted in part and denied in part.

(2) Said motion is denied as to (a) plaintiff Darryl Elton Scott's Eighth Amendment claim for failure to protect against defendants McClain, Holcey, and Baskin in their individual capacities, and (b) plaintiff Scott's

Eighth Amendment claim for excessive force against defendants Holcey and Baskin in their individual capacities. These claims will proceed in this litigation.

(3) Said motion is granted in all other respects as follows: all claims to the extent they seek damages from all defendants in their official-capacities are dismissed with prejudice; all claims to the extent they seek injunctive and declaratory relief from all defendants in their official capacities are dismissed without prejudice; all claims to the extent they are based on the First, Fourth, and Fourteenth Amendments are dismissed without prejudice; the Eighth Amendment failure-to-protect claim is dismissed as to defendants Boyd and Urquhart without prejudice; the Eighth Amendment failure-to-protect claim, to the extent relief is sought for a "general threat," is dismissed without prejudice; the Eighth Amendment excessive-force claim is dismissed as to defendants McCain, Boyd, and Urquhart without prejudice.

(4) Defendants Dunn, Boyd, and Urquhart are dismissed entirely.

This case is not closed.

DONE, this the 14th day of March, 2023.

                                 /s/ Myron H. Thompson
                               **UNITED STATES DISTRICT JUDGE**